# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

GUADALUPE PAREDES,

    Plaintiff,

v.

STATE OF WISCONSIN DEPARTMENT OF HEALTH SERVICES,

    Involuntary Plaintiff,

v.

KENOSHA UNIFIED SCHOOL DISTRICT NO. 1, RON SANDOVAL, SCOTT KENNOW, WILLIAM HAITHCOCK, DAVID NAYLOR and KAREN WAMBOLD,

    Defendants.

Case No. 18-CV-1440-JPS

**ORDER**

On January 2, 2019, involuntary plaintiff Wisconsin Department of Health Services ("WDHS") filed a notice of voluntary dismissal of its claim in this action with prejudice and without costs. (Docket #27). WDHS was named in this lawsuit because it has a subrogated interest for payment of medical expenses of the plaintiff, Guadalupe Paredes. *Id.* at 1. WDHS explains that it has determined the medical expenses it paid are below its established threshold to pursue recovery, and therefore it requests an order dismissing it from this action. *Id.* WDHS agrees to release and discharge its

subrogation lien resulting from a claim under Wisconsin Statutes section 49.89(2). *Id.*

In light of the foregoing, the Court will adopt WDHS' notice of voluntary dismissal. *See* Fed. R. Civ. P. 41(a)(2).

Accordingly,

**IT IS ORDERED** that involuntary plaintiff Wisconsin Department of Health Services' notice of dismissal (Docket #27) be and the same is hereby **ADOPTED**; Wisconsin Department of Health Services be and the same is hereby **DISMISSED from this action with prejudice.**

Dated at Milwaukee, Wisconsin, this 4th day of January, 2019.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge